**I**

**William MACKENTOSH, Petitioner, v. R. H. EGGLESTON, Trustee, etc., et al., Respondents.**

(Circuit Court of Appeals, Eighth Circuit. October 18, 1926.)

No. 295, Original.

Petition to Revise Order of District Court of the United States for the Western District of Oklahoma.

Ross & Thurman, of Oklahoma City, Okl., for petitioner.

Thomas J. Wingfield, of Birmingham, Ala., and Joe D. Morse and Hough E. Tyson, both of Oklahoma City, Okl., for respondents.

PER CURIAM. Petition to revise dismissed, at costs of petitioner, on motion of petitioner, with stipulation of settlement.

===

**2**

**Patrick W. MURPHY et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 4, 1926.)

No. 7449.

In Error to the District Court of the United States for the Western District of Arkansas.

Paul Jones, of Texarkana, Ark., for plaintiff in error.

James D. Shaver, Sp. Asst. U. S. Atty., of Texarkana, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of plaintiff in error and stipulation of parties.

**3**

**James MUSGRAVE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. December 8, 1926.)

No. 7223.

In Error to the District Court of the United States for the District of Nebraska.

William F. Gurley and James H. Hanley, both of Omaha, Neb., for plaintiff in error.

James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

===

**4**

**M. & J. TRACY, Libelant Appellee, v. Andrew J. MELLON, Director General, etc., Respondent Appellant.**

(Circuit Court of Appeals, Second Circuit. February 7, 1927.)

No. 176.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Southern District of New York.

Horace L. Cheyney, of New York City, for appellant.

Foley & Martin, of New York City (William J. Martin, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.